# Exhibit 2



# AMS CONTRACT

June 30, 2011



# History of AMS Contract

o AMS is a 501(c)3 comprised of UTHSC and BCM, formed to contract with HCHD in 1989

o Required anti-trust exemption from the Texas State Legislature

o 20 year Agreement

o Renegotiated in 2007, effective June 30, 2008

# History of AMS Contract

o Previous contract:
- Paid for fixed full time equivalents (FTEs)
- No requirement for faculty attendance
- No requirement for production
- No incentive for collections
- No transparency of information
- Closed medical staff
- Replaced June 30, 2008

Harris County Hospital District

HCHD-Where People Come First.

# History of AMS Contract

o Current contract:
- Contract between to AMS and HCCS
- HCHD became HCCS's operating manager
- 5 year term with annual "evergreen"
- Allows for payments based on quality
- No requirement to use AMS to staff new facilities
- Schools required to use "best effort" for collections

Harris County Hospital District

HCHD-Where People Come First.

# History of AMS Contract

o Current contract:
- Faculty compensation equals:
  - Salaries, fringes and call
  - Plus 18% of compensation as overhead
  - Less schools' collections
- "Risk adjusted" by Production Risk Corridor
  - Based on relative value units (RVUs)
  - Based on service line, not individual production

Harris County Hospital District

HCHD-Where People Come First.

# History of AMS Contract

o Current contract:
- "Risk Adjusted" by Production Risk Corridor
  - ➤ +/- 15%, based on Academic National MGMA Production Survey (rolling 3 year average of median)
  - ➤ If Service Line produces at median, then 100% of salaries and fringes paid

# History of AMS Contract

o Current contract:
  - Leadership paid separately
    - Based on salary and fringes for FTE fraction, plus 18% overhead
  - GME paid separately
  - More transparency of data
  - No requirement to use AMS to staff new facilities (El Franco Lee)

Harris County Hospital District

HCHD-Where People Come First.

# Benefits of Current Contract

o Better charge capture

o Faculty Production (RVUs) increased:

|  | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| UT | 641,746 | 752,782 | 831,733 | 944,713 |
| BCM | 1,029,011 | 1,123,876 | 1,163,179 | 1,540,712 |
| TOTAL | 1,670,757 | 1,876,658 | 1,994,912 | 2,485,424 |

Harris County Hospital District

HCHD-Where People Come First.

# Benefits of Current Contract

o Faculty more engaged – clinical FTEs:

|  | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| UT | 197.29 | 197.29 | 194.90 | 220.72 |
| BCM | 323.34 | 323.34 | 314.88 | 365.88 |
| TOTAL | 520.63 | 520.63 | 509.78 | 586.61 |

Harris County
Hospital District

HCHD-Where People Come First.

# Annual Costs

(in thousands)

|  |  | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **FACULTY** |  |  |  |  |  |
|  | **UT - Clinical** | $36,351 | $36,351 | $27,663 | $31,959 |
|  | **Overhead** | $342 | $342 | $8,527 | $9,355 |
|  | **Salary Mkt Adj.*** |  |  | $9,590 | $9,590 |
|  | **Total** | **$36,693** | **$36,693** | **$45,780** | **$50,904** |
|  | **BCM - Clinical** | $49,239 | $49,239 | $33,841 | $49,124 |
|  | **Overhead** | $297 | $297 | $14,400 | $16,111 |
|  | **Salary Mkt Adj.*** |  |  | $28,591 | $28,591 |
|  | **Total** | **$49,536** | **$49,536** | **$76,832** | **$93,826** |
| **RESIDENTS** |  |  |  |  |  |
|  | **UT** | $10,146 | $10,764 | $10,873 | $12,061 |
|  | **BCM** | $20,373 | $20,164 | $21,377 | $22,022 |
|  | **Total** | **$30,519** | **$30,928** | **$32,250** | **$34,083** |
| **TOTALS** |  |  |  |  |  |
|  | **UT** | $46,839 | $47,457 | $56,653 | $62,965 |
|  | **BCM** | $69,909 | $69,700 | $98,209 | $115,848 |
|  |  | **$116,748** | **$117,157** | **$154,862** | **$178,813** |
|  | ***estimated** |  |  |  |  |

# Additional HCCS Subsidy

| | | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **BCM** | **FACULTY** | $0 | $0 | $796,356 | $884,604 |
| | **GME** | $0 | $0 | $1,127,544 | $1,382,808 |
| | **TOTAL** | $0 | $0 | $1,923,900 | $2,267,412 |
| | | | | | |
| **UT** | **FACULTY** | $0 | $0 | $692,400 | $692,400 |
| | **GME** | $0 | $0 | $1,038,600 | $1,038,600 |
| | **TOTAL** | $0 | $0 | $1,731,000 | $1,731,000 |
| | | | | | |
| **TOTALS** | **FACULTY** | $0 | $0 | $1,488,756 | $1,577,004 |
| | **GME** | $0 | $0 | $2,166,144 | $2,421,408 |
| | **TOTAL** | $0 | $0 | $3,654,900 | $3,998,412 |
| | | | | | |

HCCS Data


Harris County
Hospital District

*HCHD-Where People Come First.*

# Issues with Current Contract

o Collection Risk

o Medical Director Compensation

o Medically Unnecessary Procedures

o Call Pay Compensation

o Medical Leadership and Faculty Incentives

o AMS/Academic Model "Fit"

o Difference in interpretation of contract terms

# Collection Risk

o Schools' investment(s) in Revenue Cycle increase their expenses, with no increase in revenue

o Results in subsidy of schools collections

Harris County
Hospital District

HCHD-Where People Come First.

# Medical Director Compensation

o Pay based upon fraction of FTE devoted to leadership (salary, fringes plus overhead)

o No requirement for clinical time commitment

o Directors paid differently between schools, because salaries and fringes are different

o No similar methodology in Houston market; none found nationally

**Harris County Hospital District**

*HCHD—Where People Come First.*

# Medical Director Compensation

o Medical Director Pay is high focus compliance target, nationally

o Must be at FMV for time of physician

o Typically paid as monthly or annual stipend

o Typically paid according to local or national survey data, as indicators of FMV

o Must include time-keeping (done currently)

Harris County
Hospital District

HCHD-Where People Come First.

# Medically Unnecessary

o No dis-incentive for, or incentive to avoid Medically Unnecessary:

- Admissions
- Procedures and tests
- Inpatient days
- Referrals
- Test interpretation delays

Harris County Hospital District

HCHD–Where People Come First.

# Call Pay Compensation

o Methodologies not consistent between schools

o Methodologies not consistent within each school

o Various methodologies typically employed, appropriate to service line, but based upon local or national surveys

Harris County
Hospital District

HCHD-Where People Come First.

# Medical Leadership & Faculty Incentives

o Leadership/Faculty not yet incented for:
  - quality metrics
  - resource utilization metrics
  - customer service metrics
o Current environment <u>needs</u> focus on all the above
o ACO environment, as currently defined, <u>requires</u> focus on all the above

# AMS/Academic Model "Fit"

o Greater input needed on selection of Medical Leadership

- To move to "ACO" model

o Greater flexibility on how facilities are staffed needed

- To fill vacancies quicker
- To change staffing models to fit changing customer needs

# AMS/Academic Model "Fit"

o Independent contractors vs. employed physicians

o Collections, salaries, fringes - transparency

o Managed Care contracting

o School cooperation, central coordination

o Usefulness in ACO environment

o Education vs. service

# Interpretation of Contract Terms

o BCM invoices not furnished in format specified

o Both Audits found it difficult to obtain supporting documentation and audit

# Next Steps

Change methodology from "Cost Based" to "ACO Compatible," i.e. pay schools based upon quality, resource and customer service metrics, by January 1, 2012 (announced date for first phase of implementation of ACOs)

# Next Steps

o Eliminate collections risk by benchmarking schools, based upon national survey data (July 1, 2011)

o Pay Medical Directors according to national survey data

o Include basic disincentives for unnecessary use of resources (tests, admissions, etc.); add more, over time, to prepare for ACOs

# Next Steps

o Pay for Call consistently, by service line across both schools, benchmarked to national surveys

o Incent leadership/faculty based upon quality, resource and customer service metrics

# Next Steps

o Increase ability of HCHD to:

- Select Medical Leadership
- Fill vacancies, if not filled by AMS within reasonable time
- Change staffing models and move resources to accommodate patients
- Employ providers where "AMS/academic model" does not satisfy needs of patients

**Harris County Hospital District**

HCHD-Where People Come First.

# Next Steps

- Clarify contract terms
  - ➤ Show calculation detail on invoices
  - ➤ Use proper invoice format
  - ➤ Define "Fringes"
  - ➤ Provide supporting documentation (source documents)

# Discussion

Status of Schools Assumption of Collection Risk

**Harris County Hospital District**

HCHD-Where People Come First.

# Options

Do Nothing:
- Pros:
  - Easiest path
  - HCHD has organized an active PIT to help AMS improve their revenue cycles
  - BCM hired a turnaround team
- Cons:
  - HCHD has a fiduciary responsibility to use resources appropriately
  - May not be politically viable

Harris County Hospital District

HCHD–Where People Come First.

# Options

Reduce IGT payments equal to collection deficits:
- Pros:
  - ➢ Good stewards of taxpayers' money
  - ➢ Politically correct
- Cons:
  - ➢ A fair benchmark for calculating deficits must be determined
  - ➢ Strains school partnership
  - ➢ Strains HCCS partnership

**Harris County Hospital District**

*HCHD-Where People Come First.*