# Exhibit 4

# Harris Health System - All Practices Fiscal Year 2013
## Establishment of Baseline Benchmarks
## AMS Invoiced Cost and Production (RVUs) per MGMA*

| | | |
|---|---|---|
| Author: | Allen Isaacson | |
| 1st Review: | Amy Lo | |
| Physician Review: | Dr. Babber | |
| Final Review: | Kent Vaughn | |

In descending order

1 of 7

AMS Opportunity Dollars
BCM - ANE - Anesthesiology
BCM - FCM - Family Medicine (without OB)
BCM - MED - Hospitalist: Internal Medicine
UTX - FPU - Family Medicine (without OB)
BCM - MED - Internal Medicine: General
BCM - RAD - Radiology: Diagnostic-Noninvasive
BCM - PSY - Psychiatry: General
UTX - ANE - Anesthesiology
UTX - ORT - Orthopedic Surgery: General
BCM - PTH - Pathology: Anatomic & Clinical
BCM - SUR - Surgery: General
UTX - RAD - Radiology: Diagnostic-Noninvasive
UTX - OBG - OB/GYN: General
BCM - OBG - OB/GYN: Maternal & Fetal Medicine
$0
$500,000
$1,000,000
$1,500,000
$2,000,000
$2,500,000
$3,000,000
$3,500,000
How to Read this Graph
This chart represents the difference between actual payments per AMS invoices and what would be paid if we reimbursed AMS using the MGMA production percentile.
* MGMA 2013 Academic based on 2012

For Internal Purposes Only - DO NOT COPY OR DISTRIBUTE

Provider Practices and Contracting

# Harris Health System - All Practices Fiscal Year 2013
## Establishment of Baseline Benchmarks
## AMS Invoiced Cost and Production (RVUs) per MGMA*

| Author: | Allen Isaacson |
|---|---|
| 1st Review: | Amy Lo |
| Physician Review: | Dr. Babber |
| Final Review: | Kent Vaughn |

In descending order

AMS Opportunity Dollars
BCM - RAD - Radiology: Diagnostic-Invasive
BCM - ORT - Orthopedic Surgery: General
UTX - IMU - Hospitalist: Internal Medicine
BCM - RAD - Radiology: Diagnostic-Noninvasive
BCM - URO - Urology
UTX - PED - Pediatrics: General
BCM - MED - Pulmonary Medicine: General & Critical Care
BCM - OBG - OB/GYN: General
BCM - SUR - Surgery: Thoracic (primary)
BCM - MED - Nephrology
UTX - IMU - Cardiology: Noninvasive
UTX - PED - Pediatrics: Neonatal Medicine
UTX - IMU - Gastroenterology
UTX - OBG - OB/GYN: Maternal & Fetal Medicine
$0
$500,000
$1,000,000
$1,500,000
$2,000,000
$2,500,000
$3,000,000
$3,500,000

# Harris Health System - All Practices Fiscal Year 2013
## Establishment of Baseline Benchmarks
## AMS Invoiced Cost and Production (RVUs) per MGMA*

| Author: | Allen Isaacson |
|---|---|
| 1st Review: | Amy Lo |
| Physician Review: | Dr. Babber |
| Final Review: | Kent Vaughn |

In descending order

AMS Opportunity Dollars
BCM - MED - Cardiology: Noninvasive
BCM - MED - Geriatrics
UTX - OPH - Ophthalmology
BCM - SUR - Surgery: Vascular
BCM - PMR - Physiatry (Physical Medicine & Rehabilitation)
BCM - OBG - OB/GYN: Gynecology (only)
BCM - MED - Gastroenterology
BCM - RAD - Radiology: Nuclear Medicine
UTX - RAD - Radiology: Diagnostic-Invasive
UTX - IMU - Rheumatology
UTX - PED - Pediatrics: Cardiology
BCM - OTO - Otorhinolaryngology
UTX - DER - Dermatology
UTX - IMU - Geriatrics
$0
$500,000
$1,000,000
$1,500,000
$2,000,000
$2,500,000
$3,000,000
$3,500,000

# Harris Health System - All Practices Fiscal Year 2013
## Establishment of Baseline Benchmarks
## AMS Invoiced Cost and Production (RVUs) per MGMA*

| Author: | Allen Isaacson |
| --- | --- |
| 1st Review: | Amy Lo |
| Physician Review: | Dr. Babber |
| Final Review: | Kent Vaughn |

In descending order

### AMS Opportunity Dollars

BCM - OBG - OB/GYN: Gynecology Oncology
UTX - RAD - Radiology: Nuclear Medicine
BCM - PED - Pediatrics: Neurology
BCM - MED - Rheumatology
UTX - IMU - Nephrology
BCM - PED - Pediatrics: General
UTX - PSY - Psychiatry: General
BCM - NSU - Surgery: Neurological
BCM - RAD - Radiology: Nuclear Medicine
UTX - PMR - Physiatry (Physical Medicine & Rehabilitation)
BCM - MED - Endocrinology/Metabolism
UTX - SUR - Urology
BCM - PED - Pediatrics: General
UTX - PED - Pediatrics: Gastroenterology
$0
$500,000
$1,000,000
$1,500,000
$2,000,000
$2,500,000
$3,000,000
$3,500,000

# Harris Health System - All Practices Fiscal Year 2013
## Establishment of Baseline Benchmarks
## AMS Invoiced Cost and Production (RVUs) per MGMA*

| | |
|---|---|
| Author: | Allen Isaacson |
| 1st Review: | Amy Lo |
| Physician Review: | Dr. Babber |
| Final Review: | Kent Vaughn |

In descending order

AMS Opportunity Dollars
UTX - PED - Pediatrics: Genetics
BCM - PED - Pediatrics: Endocrinology
UTX - PED - Pediatrics: Adolescent Medicine
UTX - PED - Pediatrics: General
UTX - PED - Pediatrics: Infectious Disease
BCM - OBG - OB/GYN: Reproductive Endocrinology
UTX - PED - Pediatrics: Pulmonology
UTX - PED - Pediatrics: Endocrinology
BCM - NSU - Hospitalist: Internal Medicine
UTX - OTO - Otorhinolaryngology
UTX - OBG - OB/GYN: Reproductive Endocrinology
UTX - PTH - Pathology: Anatomic & Clinical
UTX - OBG - OB/GYN: General
UTX - PED - Pediatrics: Nephrology
$0
$500,000
$1,000,000
$1,500,000
$2,000,000
$2,500,000
$3,000,000
$3,500,000

# Harris Health System - All Practices Fiscal Year 2013
## Establishment of Baseline Benchmarks
## AMS Invoiced Cost and Production (RVUs) per MGMA*

| Author: | Allen Isaacson |
| --- | --- |
| 1st Review: | Amy Lo |
| Physician Review: | Dr. Babber |
| Final Review: | Kent Vaughn |

In descending order



# Harris Health System - All Practices Fiscal Year 2013
## Establishment of Baseline Benchmarks
## AMS Invoiced Cost and Production (RVUs) per MGMA*

| Author: | Allen Isaacson |
|---|---|
| 1st Review: | Amy Lo |
| Physician Review: | Dr. Babber |
| Final Review: | Kent Vaughn |

In descending order

### AMS Opportunity Dollars

BCM - PED - Pediatrics: Neonatal Medicine
UTX - IMU - Infectious Disease
BCM - BCC - Hematology/Oncology: Oncology (only)
BCM - OPH - Ophthalmology
BCM - SUR - Surgery: Plastic & Reconstruction
UTX - IMU - Pulmonary Medicine: General & Critical Care
UTX - SUR - Surgery: Plastic & Reconstruction
BCM - MED - Infectious Disease
BCM - DER - Dermatology
BCM - MED - Cardiology: Invasive-Interventional
UTX - SUR - Surgery: General
UTX - IMU - Internal Medicine: General
-$500,000
$0
$500,000
$1,000,000
$1,500,000
$2,000,000
$2,500,000
$3,000,000
$3,500,000