# Exhibit 5

| MGMA Benchmarked Specialty | School | Prov # | Provider Name | AMS Annualized 1.0 FTE RVUs | MGMA RVUs 50th %ile | MGMA RVUs 90th %ile | Amount above MGMA 90th %tile | AMS Annualized 1.0 FTE Cost | MGMA Compensation 50th %ile | MGMA Compensation 90th %ile | Amount above MGMA 90th %tile |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hospitalist | BCM | 045048 | KHALID, MIRZA U | - | 3,462 | 5,379 | - | 19,203,065 | 189,344 | 246,134 | 18,956,931 |
| Hospitalist | BCM | 035287 | BRANN, CHRISTOPHER S | 2,985 | 3,462 | 5,379 | - | 346,565 | 189,344 | 246,134 | 100,431 |
| Hospitalist | BCM | 008726 | POYTHRESS, EDWARD L | - | 3,462 | 5,379 | - | 345,790 | 189,344 | 246,134 | 99,656 |
| Hospitalist | BCM | 035692 | NUILA, RICARDO E | 1,229 | 3,462 | 5,379 | - | 333,548 | 189,344 | 246,134 | 87,414 |
| Hospitalist | BCM | 042848 | SHANG, CHARLES C | 78 | 3,462 | 5,379 | - | 329,120 | 189,344 | 246,134 | 82,986 |
| Hospitalist | BCM | 043353 | SHEIKH, SHAZIA S | 2,357 | 3,462 | 5,379 | - | 320,604 | 189,344 | 246,134 | 74,470 |
| Hospitalist | BCM | 028266 | SHAH,, CHIRAYU J | - | 3,462 | 5,379 | - | 319,363 | 189,344 | 246,134 | 73,229 |
| Hospitalist | BCM | 022069 | HILMERS, DAVID C | 1,103 | 3,462 | 5,379 | - | 318,702 | 189,344 | 246,134 | 72,568 |
| Hospitalist | BCM | 049146 | CUCHAPIN, REGINA | 3,367 | 3,462 | 5,379 | - | 312,122 | 189,344 | 246,134 | 65,988 |
| Hospitalist | BCM | 049059 | WAHEED, UMAR | 3,105 | 3,462 | 5,379 | - | 304,246 | 189,344 | 246,134 | 58,112 |
| Hospitalist | BCM | 009706 | ECKMAN, CHRISTIAN D | 3,258 | 3,462 | 5,379 | - | 300,423 | 189,344 | 246,134 | 54,289 |
| Hospitalist | BCM | 051683 | YIN, YOUSHI | 270 | 3,462 | 5,379 | - | 279,961 | 189,344 | 246,134 | 33,827 |
| Hospitalist | BCM | 049143 | IBE, CHIMKAMA N | 3,044 | 3,462 | 5,379 | - | 264,698 | 189,344 | 246,134 | 18,564 |
| Hospitalist | BCM | 049129 | MOGARALA, INDRANEEL | 4,102 | 3,462 | 5,379 | - | 324,833 | 189,344 | 246,134 | 78,699 |
| Hospitalist | BCM | 042888 | KAUL, SURINDER | 3,594 | 3,462 | 5,379 | - | 291,837 | 189,344 | 246,134 | 45,703 |
| Hospitalist | BCM | 041597 | JARROUGE, ELIE | 4,534 | 3,462 | 5,379 | - | 274,686 | 189,344 | 246,134 | 28,552 |
| Hospitalist | BCM | 037505 | MITCHELL, ANGELA H | 3,755 | 3,462 | 5,379 | - | 272,733 | 189,344 | 246,134 | 26,599 |
| Hospitalist | BCM | 038219 | SHOOK, RYAN S | 3,579 | 3,462 | 5,379 | - | 272,495 | 189,344 | 246,134 | 26,361 |
| Hospitalist | BCM | 043315 | KHAN, RIAZ U | 3,783 | 3,462 | 5,379 | - | 271,940 | 189,344 | 246,134 | 25,806 |
| Hospitalist | BCM | 043822 | LLEMIT, SHARIFA | 3,836 | 3,462 | 5,379 | - | 248,875 | 189,344 | 246,134 | 2,741 |
| Hospitalist | BCM | 042278 | HEINEN, ALLISON | 3,538 | 3,462 | 5,379 | - | 248,333 | 189,344 | 246,134 | 2,199 |
| Hospitalist | BCM | 032295 | PATEL, VISHAL V | 6,098 | 3,462 | 5,379 | 719 | 246,376 | 189,344 | 246,134 | 242 |
| Hospitalist | BCM | 049091 | CHEN, JENNIFER A | 3,678 | 3,462 | 5,379 | - | 245,868 | 189,344 | 246,134 | - |
| Hospitalist | BCM | 043274 | MCCANTS, DAVID S | 6,351 | 3,462 | 5,379 | 972 | 234,394 | 189,344 | 246,134 | - |
| Hospitalist | BCM | 035508 | HUBENTHAL, ERICA A | 9,496 | 3,462 | 5,379 | 4,117 | 206,705 | 189,344 | 246,134 | - |
| Hospitalist | UTX | 005804 | ROBESON, JULIE A | 1,975 | 3,462 | 5,379 | - | 304,821 | 189,344 | 246,134 | 58,687 |
| Hospitalist | UTX | 048164 | SALEM, SALEM A | 2,373 | 3,462 | 5,379 | - | 303,434 | 189,344 | 246,134 | 57,300 |
| Hospitalist | UTX | 044639 | BUI, LINH P | 2,091 | 3,462 | 5,379 | - | 271,503 | 189,344 | 246,134 | 25,369 |
| Hospitalist | UTX | 041128 | IZQUIERDO, MIGUEL A | 1,930 | 3,462 | 5,379 | - | 267,759 | 189,344 | 246,134 | 21,625 |
| Hospitalist | UTX | 042949 | DWIBHASHI, VIJAYA | 1,799 | 3,462 | 5,379 | - | 258,644 | 189,344 | 246,134 | 12,510 |
| Hospitalist | UTX | 042318 | XU, RISHENG | 2,307 | 3,462 | 5,379 | - | 256,750 | 189,344 | 246,134 | 10,616 |
| Hospitalist | UTX | 051777 | TRAN, BICH-CHIEU | 2,040 | 3,462 | 5,379 | - | 256,240 | 189,344 | 246,134 | 10,106 |
| Hospitalist | UTX | 028971 | DAWES, DEREK S | 2,019 | 3,462 | 5,379 | - | 250,948 | 189,344 | 246,134 | 4,814 |
| Hospitalist | UTX | 043580 | THOMAS MOHAN, REENA | 2,230 | 3,462 | 5,379 | - | 250,902 | 189,344 | 246,134 | 4,768 |
| Hospitalist | UTX | 044601 | MASSUMI, MAHSA A | 2,576 | 3,462 | 5,379 | - | 250,551 | 189,344 | 246,134 | 4,417 |
| Hospitalist | UTX | 039414 | ALKUS, PELIN | 1,909 | 3,462 | 5,379 | - | 245,958 | 189,344 | 246,134 | - |