IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES and THE STATE OF TEXAS, ex rel. KENT VAUGHN,<br><br>**Plaintiffs,**<br><br>v.<br><br>HARRIS COUNTY HOSPITAL DISTRICT d/b/a HARRIS HEALTH SYSTEM, et al.<br><br>**Defendants.** | Civil Action No. 4:17-CV-02749 |

### RELATOR'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

COMES NOW Relator Kent Vaughn ("Relator") and, through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal without prejudice of all claims brought by Relator on behalf of the State of Texas (Counts VI-XI) **and only those claims**.

As of this filing, none of the Defendants in this action have served an answer or motion for summary judgment and, therefore, this Notice is filed as a matter of right under Rule 41(a)(1)(A)(i) without need for party consent or court order.

The State of Texas has authorized and consented to the dismissal of its claims without prejudice.

This notice is not intended to and does not affect any of Relator's remaining claims.

Dated:  June 3, 2020

Respectfully submitted,

**LOEWINSOHN FLEGLE DEARY SIMON LLP**

/s/ *Craig F. Simon*
Craig F. Simon
State Bar No. 00784968
craigs@lfdslaw.com
David R. Deary
State Bar No. 05624900
davidd@lfdslaw.com
Matthew W. Ray
State Bar No. 00788248
mattr@lfdslaw.com
12377 Merit Drive, Suite 900
Dallas, Texas 75251
Telephone:   (214) 572-1700
Facsimile:    (214) 572-1717

Mitchell R. Kreindler
S.D. Texas Bar No. 32980
mkreindler@blowthewhistle.com
KREINDLER & ASSOCIATES
9219 Katy Freeway, Suite 206
Houston, Texas 77024
Telephone:   (713) 647-8888
Facsimile:    (713) 647-8889

Peter Chatfield
pchatfield@phillipsandcohen.com
John Tremblay
jtremblay@phillipsandcohen.com
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Telephone:   (202) 833-4567
Facsimile:    (202) 833-1815

Emily Stabile
estabile@phillipsandcohen.com
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, California 94105
Telephone:   (415) 836-9000
Facsimile:    (415) 836-9001

David J. Quan
S.D. Tex. No. 20073
dquan@davidquanlaw.com
LAW OFFICE OF DAVID J. QUAN
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone:   (713) 225-5300
Facsimile:   (713) 222-0101

*Counsel for Relator Kent Vaughn*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                          */s/ Craig F. Simon*
                                          Craig F. Simon