IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES and THE STATE OF TEXAS, ex rel. KENT VAUGHN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**HARRIS COUNTY HOSPITAL DISTRICT d/b/a HARRIS HEALTH SYSTEM, et al.**<br><br>**Defendants.** | **Civil Action No. 4:17-CV-02749** |

### RELATOR'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST CERTAIN DEFENDANTS WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

COMES NOW Relator Kent Vaughn ("Relator") and, through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal without prejudice of all claims brought by Relator on behalf of the United States against defendants Ben Taub Hospital, Lyndon B. Johnson Hospital, Quentin Mease Community Hospital, and Baylor College of Medicine Healthcare d/b/a BaylorMedcare (BaylorMedcare"), **and only the claims against those Defendants**.

As of this filing, none of the Defendants in this action have served an answer or motion for summary judgment and, therefore, this Notice is filed as a matter of right under Rule 41(a)(1)(A)(i) without need for party consent or court order.

The United States has authorized and consented to the dismissal of the claims against Ben Taub Hospital, Lyndon B. Johnson Hospital, Quentin Mease Community Hospital, and BaylorMedcare without prejudice.

This notice is not intended to and does not affect any of Relator's remaining claims.

| | |
|---|---|
| Dated:  June 3, 2020 | Respectfully submitted, |

                              **LOEWINSOHN FLEGLE DEARY SIMON LLP**

                              /s/ *Craig F. Simon*
                              Craig F. Simon
                              State Bar No. 00784968
                              craigs@lfdslaw.com
                              David R. Deary
                              State Bar No. 05624900
                              davidd@lfdslaw.com
                              Matthew W. Ray
                              State Bar No. 00788248
                              mattr@lfdslaw.com
                              12377 Merit Drive, Suite 900
                              Dallas, Texas 75251
                              Telephone:   (214) 572-1700
                              Facsimile:     (214) 572-1717

                              Mitchell R. Kreindler
                              S.D. Texas Bar No. 32980
                              mkreindler@blowthewhistle.com
                              KREINDLER & ASSOCIATES
                              9219 Katy Freeway, Suite 206
                              Houston, Texas 77024
                              Telephone:   (713) 647-8888
                              Facsimile:     (713) 647-8889

                              Peter Chatfield
                              pchatfield@phillipsandcohen.com
                              John Tremblay
                              jtremblay@phillipsandcohen.com
                              PHILLIPS & COHEN LLP
                              2000 Massachusetts Avenue, NW
                              Washington, DC 20036
                              Telephone:   (202) 833-4567
                              Facsimile:     (202) 833-1815

                              Emily Stabile
                              estabile@phillipsandcohen.com
                              PHILLIPS & COHEN LLP
                              100 The Embarcadero, Suite 300
                              San Francisco, California 94105
                              Telephone:   (415) 836-9000
                              Facsimile:     (415) 836-9001

David J. Quan
S.D. Tex. No. 20073
dquan@davidquanlaw.com
LAW OFFICE OF DAVID J. QUAN
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone:   (713) 225-5300
Facsimile:    (713) 222-0101

*Counsel for Relator Kent Vaughn*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                  */s/ Craig F. Simon*  
                                                  Craig F. Simon